1  JAMES E. SMYTH II, ESQ. (Nevada Bar No.6506)
   jsmyth@kcnvlaw.com
2  KAEMPFER CROWELL RENSHAW
    GRONAUER & FIORENTINO
3  1980 Festival Plaza Drive, Suite 650
   Las Vegas, NV 89135
4  Telephone: (702) 792-7000
   Fax: (702) 796-7181
5
   ROBIN S. TRUPP, ESQ. (Fla. Bar No. 314528)
6  (Admitted Pro Hac Vice)
   robin.trupp@gmlaw.com
7  GREENSPOON MARDER, P.A.
   401 E. Jackson Street, Suite 1825
8  Tampa, FL 33602
   Telephone: (813) 769-7020
9  Fax: (813) 426-8581
   *Attorneys for Defendants Westgate Resorts, Inc.,*
10 *Westgate Resorts, Ltd., Central Florida*
   *Investments, Inc. and Westgate Las Vegas Resort, LLC*
11
                  **UNITED STATES DISTRICT COURT**
12                       **DISTRICT OF NEVADA**

13 HEATHER ATWELL, an individual and       ) Case No. 2:15-cv-02122-RFB-PAL
   citizen of Nevada, HEATHER ATWELL as    )
14 trustee of ATWELL FAMILY TRUST, a       )
   Nevada trust, HEATHER ATWELL as         )
15 Administrator of the Estate of David Atwell, ) **BY WESTGATE RESORTS, INC.;**
   and RESORT PROPERTIES OF                ) **WESTGATE RESORTS LTD., CENTRAL**
16 AMERICA, INC., a Nevada                 ) **FLORIDA INVESTMENTS, INC.,**
   corporation,                            ) **WESTGATE LAS VEGAS RESORTS,**
17                                         ) **LLC'S UNOPPOSED MOTION TO**
            Plaintiffs,                    ) **EXTEND DEADLINE TO FILE REPLY**
18 v.                                      ) **TO  PLAINTIFF'S RESPONSE TO**
                                           ) **MOTION TO DISMISS**
19 WESTGATE RESORTS, INC.,  a              )
   Florida corporation, WESTGATE           )
20 RESORTS LTD., a Florida limited         )
   partnership, CENTRAL FLORIDA            )
21 INVESTMENTS, INC. a Florida             )
   corporation, WESTGATE LAS VEGAS
22 RESORT, LLC, a Delaware limited liability
   company, DOES 1-10; and ROE ENTITIES
23 11-20.
                   Defendants
24 _____

                                                        Page 1 of 4
   24924543v1

Defendants Westgate Resorts, Inc., Westgate Resorts Ltd., Central Florida Investments, Inc., and Westgate Las Vegas Resorts, LLC ("Westgate") file this unopposed motion to briefly extend the deadline to submit a Reply Memorandum to Plaintiffs' Opposition to Defendants' Motion to Dismiss or Alternatively, Motion for a More Definite Statement [DE 21 and DE 22 the "Opposition"] until January 11, 2016, and respectfully show the Court as follows:

1. Plaintiffs' Opposition was served on December 17, 2015, and an "errata" to Plaintiffs' Opposition was filed on December 18, 2015.
2. Due to the holidays and other professional responsibilities, Defendants seek a brief extension to serve their Reply until January 11, 2016, and Plaintiffs consent to the requested extension.
3. This Motion is made in good faith and not for the purposes of delay.
4. Pursuant to this Court's inherent authority and the Federal Rule of Civil Procedure 6(b)(1)(A), Defendants respectfully request an extension until January 11, 2016, to serve their Reply.

IT IS ORDERED:

_____
Richard F. Boulware, II
United States District Judge

Respectfully submitted,

                                    GREENSPOON MARDER, P.A.

                                    /s/*Robin S. Trupp*

|     |                                                                    |
| --- | ------------------------------------------------------------------ |
| 1   | ROBIN S. TRUPP, ESQ.  Fla. Bar No. 314528                          |
|     | (Admitted Pro Hac Vice)                                            |
| 2   | robin.trupp@gmlaw.com                                              |
|     | BRIAN R. CUMMINGS, ESQ. Fla. Bar No. 25854                         |
| 3   | (Admitted Pro Hac Vice)                                            |
|     | brian.cummings@gmlaw.com                                           |
| 4   | GREENSPOON MARDER, P.A.                                            |
|     | 401 E. Jackson Street, Suite 1825                                  |
| 5   | Tampa, FL 33602                                                    |
| 6   | MICHAEL E. MARDER, ESQ. Fla. Bar No. 251887                        |
|     | (Admitted Pro Hac Vice)                                            |
| 7   | michael.marder@gmlaw.com                                           |
|     | GREENSPOON MARDER, P.A.                                            |
| 8   | 201 East Pine Street, Suite 500                                    |
|     | Orlando, FL 32801                                                  |
| 9   |                                                                    |
|     | JAMES E. SMYTH II, ESQ. Nevada Bar No.6506                         |
| 10  | jsmyth@kcnvlaw.com                                                 |
|     | KAEMPFER CROWELL RENSHAW                                           |
| 11  | GRONAUER & FIORENTINO                                              |
|     | 8345 West Sunset Road, Suite 250                                   |
| 12  | Las Vegas, NV 89113                                                |
|     | Telephone: (702) 792-7000                                          |
| 13  | Fax: (702) 796-7181                                                |
| 14  | *Attorneys for Defendants Westgate Resorts, Inc.,*                 |
|     | *Westgate Resorts, Ltd., Central Florida Investments,*             |
| 15  | *Inc., Westgate Las Vegas Resorts, LLC*                            |
|     | *(collectively, the "Westgate Defendants")*                        |
| 16  |                                                                    |
| 17  |                                                                    |
| 18  |                                                                    |
| 19  |                                                                    |
| 20  |                                                                    |
| 21  |                                                                    |
| 22  |                                                                    |
| 23  |                                                                    |
| 24  |                                                                    |

# CERTIFICATE OF SERVICE

I HEREBY CERTIFY that I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system on this 21st day of December, 2015. I also certify that the foregoing document is being served this day on all counsel of record or *pro se* parties identified on the Service List below in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive Notices of Electronic Filing electronically.

/s/  Robin S. Trupp

Robin S. Trupp, Esq.

# SERVICE LIST

Jeffrey S. Rugg, Esq.
jrugg@bhfs.com
Adam K. Bult, Esq.
abult@bhfs.com
BROWNSTEIN HYATT FARBER SCHRECK, LLP
100 North City Parkway, Suite 1600
Las Vegas, Nevada 89106-4614
*Attorneys for Plaintiffs*