JEFFREY S. RUGG, ESQ., Nevada Bar No. 10978
jrugg@bhfs.com
ADAM K. BULT, ESQ., Nevada Bar No. 9332
abult@bhfs.com
BROWNSTEIN HYATT FARBER SCHRECK, LLP
100 North City Parkway, Suite 1600
Las Vegas, NV  89106-4614
Telephone:  702.382.2101
Facsimile:  702.382.8135

*Attorneys for Plaintiffs*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| HEATHER ATWELL, an individual and citizen of Nevada, HEATHER ATWELL as trustee of ATWELL FAMILY TRUST, a Nevada trust, HEATHER ATWELL as Administrator of the Estate of David Atwell, and RESORT PROPERTIES OF AMERICA, INC., a Nevada corporation,<br><br>Plaintiffs,<br><br>v.<br><br>WESTGATE RESORTS, INC., a Florida corporation, WESTGATE RESORTS LTD., a Florida limited partnership, CENTRAL FLORIDA INVESTMENTS, INC. a Florida corporation, WESTGATE LAS VEGAS RESORT, LLC, a Delaware limited liability company, DOES 1-10; and ROE ENTITIES 11-20.,<br><br>Defendants. | CASE NO.:  2:15-cv-02122-RFB-PAL<br><br>**STIPULATION TO CONTINUE HEARING ON MOTION TO STAY** |

COME NOW Plaintiffs, HEATHER ATWELL, an individual and citizen of Nevada, HEATHER ATWELL as trustee of ATWELL FAMILY TRUST, HEATHER ATWELL as Administrator of the Estate of David Atwell, and RESORT PROPERTIES OF AMERICA, INC., by and through their attorneys of record, the law firm of Brownstein Hyatt Farber Schreck, LLP and Defendants, WESTGATE RESORTS, INC., WESTGATE RESORTS LTD., CENTRAL

017605\0001\14545393.1                                1

FLORIDA INVESTMENTS, INC. and WESTGATE LAS VEGAS RESORT, LLC by and through their attorneys of record, the law firms of Greenspoon Marder, P.A. and Kaempfer Crowell Renshaw Gronauer & Fiorentino and hereby stipulate as follows:

1. Defendants filed their [26] Motion to Stay Discovery and Supporting Memorandum of Points and Authorities on February 12, 2016;

2. Plaintiffs filed their [29] Response to Motion to Stay Discovery on February 29, 2016;

3. Defendants filed their [30] Reply to Plaintiffs' Opposition to Defendants' Motion to Stay Discovery on March 10, 2016;

4. The Court issued a Notice of Hearing [28] setting [26] Motion to Stay for hearing on March 22, 2016 at 11:00 a.m.

5. The parties jointly request that the Court grant an order moving the hearing to Friday, March 25, 2016 at 9:00 a.m.

Dated:  March 16, 2016

Dated:  March 16, 2016

*/s/ Jeffrey S. Rugg*
JEFFREY S. RUGG, ESQ.
Nevada Bar No. 10978
jrugg@bhfs.com
ADAM K. BULT, ESQ.
Nevada Bar No. 9332
abult@bhfs.com
100 North City Parkway, Suite 1600
Las Vegas, NV  89106-4614
Telephone:  702.382.2101
Facsimile:  702.382.8135

*Attorneys for Plaintiffs*

 */s/*   Robin S. Trupp
James E. Smyth II, Esq.
KAEMPFER CROWELL RENSHAW
GRONAUER & FIORENTINO
1980 Festival Plaza Drive, Suite 650
Las Vegas, NV  89135
jsmyth@kcnvlaw.com

Robin S. Trupp, Esq.
Brian R. Cummings, Esq.
GREENSPOON MARDER, P.A.
4012 E. Jackson Street, Suite 1825
Tampa, FL 33602
robin.trupp@gmlaw.com
brian.cummings@gmlaw.com

Michael E. Marder, Esq.
GREENSPOON MARDER, P.A.
201 East Pine Street, Suite 500
Orlando, FL 32801
michael.marder@gmlaw.com

*Attorneys for Defendants*

BROWNSTEIN HYATT FARBER SCHRECK, LLP
100 North City Parkway, Suite 1600
Las Vegas, NV 89106-4614
702.382.2101

IT IS SO ORDERED that the March 22, 2016 hearing on [26] Motion to Stay Discovery and Supporting Memorandum of Points and Authorities is continued to Friday, March 25, 2016 at 9:00 a.m.

Dated this 18th day of March, 2016.

_____
UNITED STATES MAGISTRATE JUDGE

Submitted by:

*/s/ Jeffrey S. Rugg*
JEFFREY S. RUGG, ESQ.
Nevada Bar No. 10978
jrugg@bhfs.com
ADAM K. BULT, ESQ.
Nevada Bar No. 9332
abult@bhfs.com
100 North City Parkway, Suite 1600
Las Vegas, NV  89106-4614
Telephone:  702.382.2101
Facsimile:  702.382.8135

*Attorneys for Plaintiffs*

017605\0001\14545393.1                              3