KIRK B. LENHARD, ESQ., Nevada Bar No. 1437
klenhard@bhfs.com
ADAM K. BULT, ESQ., Nevada Bar No. 9332
abult@bhfs.com
TRAVIS F. CHANCE, ESQ., Nevada Bar No. 13800
tchance@bhfs.com
BROWNSTEIN HYATT FARBER SCHRECK, LLP
100 North City Parkway, Suite 1600
Las Vegas, NV 89106-4614
Telephone: 702.382.2101
Facsimile: 702.382.8135

*Attorneys for Plaintiffs Heather Atwell; Heather Atwell as Trustee of Atwell Family Trust; Heather Atwell as Administrator of the Estate of David Atwell; and Resort Properties of America, Inc.*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| HEATHER ATWELL, an individual and citizen of Nevada; HEATHER ATWELL as Trustee of ATWELL FAMILY TRUST, a Nevada trust; HEATHER ATWELL as Administrator of the Estate of David Atwell; and RESORT PROPERTIES OF AMERICA, INC., a Nevada corporation,<br><br>Plaintiffs,<br><br>v.<br><br>WESTGATE RESORTS, INC., a Florida corporation, WESTGATE RESORTS LTD., a Florida limited partnership, CENTRAL FLORIDA INVESTMENTS, INC. a Florida corporation, WESTGATE LAS VEGAS RESORT, LLC, a Delaware limited liability company, DOES 1-10; and ROE ENTITIES 11-20,<br><br>Defendants. | CASE NO.: 2:15-cv-02122-RFB-PAL<br><br>**STIPULATION AND ORDER WITHDRAWING DEFENDANTS' PROPOSED TRIAL EXHIBIT NUMBER 8 AND CORRECTING CLERICAL ERROR IN DESCRIPTION OF STIPULATED EXHIBIT NO. 13** |

Plaintiffs Heather Atwell, Heather Atwell as Trustee of Atwell Family Trust, Heather Atwell as Administrator of the Estate of David Atwell, and Resort Properties of America, Inc. (hereinafter "Plaintiffs"), by and through their counsel of record Kirk B. Lenhard, Esq., Adam K. Bult, Esq., and Travis F. Chance, Esq., of the law firm of Brownstein Hyatt Farber Schreck, LLP, and Defendants Westgate Resorts, Inc., Westgate Resorts Ltd., Central Florida Investments, Inc.,

1

35790079.1

BROWNSTEIN HYATT FARBER SCHRECK, LLP
100 North City Parkway, Suite 1600
Las Vegas, NV 89106-4614
702.382.2101

and Westgate Las Vegas Resort, LLC (hereinafter "Defendants"), by and through their counsel of record Michael E. Marder, Esq., Brian R. Cummings, Esq., and Vincent Aiello, Esq., of the law firm of Greenspoon Marder LLP hereby stipulate and agree as follows:

Defendants agree to withdraw Defendants' Proposed Exhibit No. 8 – Orange County Sheriff's Office Incident Report – dated June 17, 2014, with Bates Numbers WRLTD_04473-04477.

The Parties agree that the description of Stipulated Exhibit No. 13 – Email Exchanges between David Siegel and David Atwell, February 22 and 26, 2013, RE Vegas Timeshare – should be corrected and deemed to include emails reflected in Bates Numbers RPA0000252-254.

Dated this 2nd day of August, 2018.  Dated this 2nd day of August, 2018.

**GREENSPOON MARDER LLP**     **BROWNSTEIN HYATT FARBER SCHRECK, LLP**

By: */s/ Brian R. Cummings*           By: */s/ Adam K. Bult*
    Michael E. Marder, Esq.               Kirk B. Lenhard, Esq.
    Brian R. Cummings, Esq.               Adam K. Bult, Esq.
    Vincent Aiello, Esq.                  Travis F. Chance., Esq.

*Attorneys for Defendants Westgate Resorts, Inc., Westgate Resorts, Ltd., Central Florida Investments, Inc., and Westgate Las Vegas Resorts, LLC*

*Attorneys for Plaintiffs Heather Atwell; Heather Atwell as Trustee of Atwell Family Trust; Heather Atwell as Administrator of the Estate of David Atwell; and Resort Properties of America, Inc.*

**O R D E R**

IT IS SO ORDERED.

_____
RICHARD F. BOULWARE, II
United States District Court

**DATED:** August 8, 2018.

**CASE NO. 2:15-cv-02122-RFB-PAL**

Respectfully submitted by:

BROWNSTEIN HYATT FARBER SCHRECK, LLP

By: */s/ Adam K. Bult*
    KIRK B. LENHARD, ESQ., Bar No. 1437
    ADAM K. BULT, ESQ., Bar No. 9332
    TRAVIS F. CHANCE, ESQ., Bar No. 13800

2

35790079.1