KIRK B. LENHARD, ESQ., Nevada Bar No. 1437
klenhard@bhfs.com
ADAM K. BULT, ESQ., Nevada Bar No. 9332
abult@bhfs.com
TRAVIS F. CHANCE, ESQ., Nevada Bar No. 13800
tchance@bhfs.com
BROWNSTEIN HYATT FARBER SCHRECK, LLP
100 North City Parkway, Suite 1600
Las Vegas, NV 89106-4614
Telephone: 702.382.2101
Facsimile: 702.382.8135

*Attorneys for Plaintiffs Heather Atwell; Heather Atwell as Trustee of Atwell Family Trust; Heather Atwell as Administrator of the Estate of David Atwell; and Resort Properties of America, Inc.*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| HEATHER ATWELL, an individual and citizen of Nevada; HEATHER ATWELL as Trustee of ATWELL FAMILY TRUST, a Nevada trust; HEATHER ATWELL as Administrator of the Estate of David Atwell; and RESORT PROPERTIES OF AMERICA, INC., a Nevada corporation,<br><br>Plaintiffs,<br><br>v.<br><br>WESTGATE RESORTS, INC., a Florida corporation, WESTGATE RESORTS LTD., a Florida limited partnership, CENTRAL FLORIDA INVESTMENTS, INC. a Florida corporation, WESTGATE LAS VEGAS RESORT, LLC, a Delaware limited liability company, DOES 1-10; and ROE ENTITIES 11-20,<br><br>Defendants. | CASE NO.: 2:15-cv-02122-RFB-PAL<br><br>**STIPULATION AND ORDER SETTING BRIEFING SCHEDULE AND WITHDRAWING AUTHENTICATION OBJECTIONS** |

Plaintiffs Heather Atwell, Heather Atwell as Trustee of Atwell Family Trust, Heather Atwell as Administrator of the Estate of David Atwell, and Resort Properties of America, Inc. (hereinafter "Plaintiffs"), by and through their counsel of record Kirk B. Lenhard, Esq., Adam K. Bult, Esq., and Travis F. Chance, Esq., of the law firm of Brownstein Hyatt Farber Schreck, LLP, and Defendants Westgate Resorts, Inc., Westgate Resorts Ltd., Central Florida Investments, Inc.,

1 and Westgate Las Vegas Resort, LLC (hereinafter "Defendants"), by and through their counsel of
2 record Michael E. Marder, Esq., James H. Turken, Esq., Brian R. Cummings, Esq., and Vincent
3 Aiello, Esq., of the law firm of Greenspoon Marder LLP, hereby stipulate and agree as follows:

4 Non-Party witness Mayur Shetty has confirmed through counsel for Defendants that he is
5 available for deposition in Miami, Florida, on August 23, 2018, and Plaintiffs have coordinated
6 and noticed the deposition of Mr. Shetty at the Miami, Florida, offices of Greenspoon Marder
7 LLP on August 23, 2018 at 10:00 A.M. EST.

8 The Parties further stipulate and agree that pursuant to the Court's directive at calendar
9 call on August 14, 2018, should Mr. Shetty fail to show for his deposition, Plaintiffs will have
10 until August 31, 2018 to file a motion with the court related to that failure. Defendants will have
11 until September 10, 2018 to file a response to any such motion. Plaintiffs will forego the filing of
12 a reply brief to expedite a hearing on the motion.

13 The Parties further stipulate and agree that Defendants have withdrawn their authenticity
14 objections to Plaintiffs' Proposed Exhibits 1, 3, 5-8, 10-12, 14-17, and 19-39, as set forth in the
15 Joint Pretrial Memorandum and Order, ECF No. 86, and in their Omnibus Motion in Limine,
16 ECF No. 87, without waiver of other objections to those exhibits.

17 . . .
18 . . .
19 . . .

BROWNSTEIN HYATT FARBER SCHRECK, LLP
100 North City Parkway, Suite 1600
Las Vegas, NV 89106-4614
702.382.2101

The Parties further stipulate and agree that Plaintiffs have withdrawn their authenticity objections to Defendants' Proposed Exhibits 1-4, as set forth in the Joint Pretrial Memorandum and Order, ECF No. 86, and in their Omnibus Motion in Limine, ECF No. 85, without waiver of other objections to those exhibits.

Dated this 20th day of August, 2018.

**BROWNSTEIN HYATT FARBER SCHRECK, LLP**

By: */s/ Adam K. Bult*
    Kirk B. Lenhard, Esq.
    Adam K. Bult, Esq.
    Travis F. Chance., Esq.

*Attorneys for Plaintiffs Heather Atwell; Heather Atwell as Trustee of Atwell Family Trust; Heather Atwell as Administrator of the Estate of David Atwell; and Resort Properties of America, Inc.*

Dated this 20th day of August, 2018.

**GREENSPOON MARDER LLP**

By: */s/ Brian R. Cummings*
    Michael E. Marder, Esq.
    James H. Turken, Esq.
    Brian R. Cummings, Esq.
    Vincent Aiello, Esq.

*Attorneys for Defendants Westgate Resorts, Inc., Westgate Resorts, Ltd., Central Florida Investments, Inc., and Westgate Las Vegas Resorts, LLC*

**O R D E R**

IT IS SO ORDERED.

_____
**RICHARD F. BOULWARE, II**
United States District Judge
**DATED:** August 21, 2018
**CASE NO. 2:15-cv-02122-RFB-PAL**

3