GREENSPOON MARDER LLP
MICHAEL E. MARDER, ESQ. (Fla. Bar No. 251887)
(Admitted Pro Hac Vice)
Michael.Marder@gmlaw.com
201 East Pine Street, Suite 500
Orlando, FL 32801

JAMES TURKEN (Cal. Bar No. 89618)
(Admitted Pro Hac Vice)
James.Turken@gmlaw.com
1875 Century Park East, Suite 1850
Los Angeles, CA 90067

VINCENT J. AIELLO, Esq. (Nevada Bar No. 7970)
Vincent.Aiello@gmlaw.com
3993 Howard Hughes Parkway Ste. 400
Las Vegas, Nevada 89169

*Attorneys for Defendants Westgate Resorts, Inc., Westgate Resorts, Ltd., Central Florida Investments, Inc. and Westgate Las Vegas Resort, LLC*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| HEATHER ATWELL, an individual and citizen of Nevada, HEATHER ATWELL as trustee of ATWELL FAMILY TRUST, a Nevada trust, HEATHER ATWELL as Administrator of the Estate of David Atwell, and RESORT PROPERTIES OF AMERICA, INC., a Nevada corporation, <br><br> Plaintiffs, <br> v. <br><br> WESTGATE RESORTS, INC., a Florida corporation, WESTGATE RESORTS LTD., a Florida limited partnership, CENTRAL FLORIDA INVESTMENTS, INC. a Florida corporation, WESTGATE LAS VEGAS RESORT, LLC, a Delaware limited liability company, DOES 1-10; and ROE ENTITIES 11-20. <br><br> Defendants | Case No. 2:15-cv-02122-RFB-PAL <br><br> **STIPULATED PROTECTIVE ORDER** |

Plaintiffs Heather Atwell as Administrator of the Estate of David Atwell and Resort Properties of America, Inc. (hereinafter "Plaintiffs"), by and through their counsel of record Kirk B. Lenhard, Esq., Adam K. Bult, Esq., and Travis F. Chance, Esq., of the law firm of Brownstein Hyatt Farber Schreck, LLP, and Defendants Central Florida Investments, Inc. and Westgate Las Vegas Resort, LLC (hereinafter "Defendants"), by and through their counsel of record Michael E. Marder, Esq., James H. Turken, Esq., Vincent Aiello, Esq., and Brian R. Cummings, Esq., of the law firm of Greenspoon Marder LLP, hereby stipulate and agree as follows:

1. Plaintiffs have been advised that Defendants intend to appeal the $2.5 million Judgment (Doc. 155) entered in favor of Plaintiffs on September 30, 2019, and to request that the Court stay the execution of or any proceedings to enforce the Judgment and for waiver of the requirement to post a bond, asserting that CFI and WLVR have sufficient funds to pay the Judgment if necessary.

2. Plaintiffs oppose Defendants' request to stay execution and waive the bond requirement during appeal.

3. Plaintiffs do not oppose Defendants' request to file under seal confidential financial records of the Defendants under LR IA 10-5 for review and consideration by the court to assess Defendants' ability to satisfy the Judgement if necessary.

4. In accordance with LR IA 10-5(c)(i), Defendants intend to serve on Plaintiffs' counsel copies of the confidential financial records that they will file under seal.

5. Plaintiffs' counsel shall maintain the confidentiality of the documents filed under seal and the information contained therein. Plaintiffs' counsel shall not disclose such documents or the information which they contain to the Plaintiffs or to any third party, except an outside financial expert for purposes of evaluation who will be subject to same restrictions as to their confidentiality and non-disclosure. Plaintiffs' counsel shall not file any papers with this Court or otherwise in the public

records which contain or recite any of the financial information derived from the documents filed under seal.

6. After Defendants' motion to stay execution and waive the bond requirement is determined, the documents filed under seal and separately provided to Plaintiffs' counsel (and to any outside financial expert subject to this Order) shall be forthwith returned to Defendants and the seal shall be dissolved.

IT IS SO STIPULATED.

Dated: October 21, 2019

| | |
|---|---|
| **BROWNSTEIN HYATT FARBER SCHRECK, LLP** | **GREENSPOON MARDER LLP** |
| By:*/s/ Kirk B. Lenhard* <br> Kirk B. Lenhard, Esq. <br> Adam K. Bult, Esq. <br> Travis F. Chance., Esq. | By:*/s/ Michael E. Marder* <br> Michael E. Marder, Esq. <br> James H. Turken, Esq. <br> Brian R. Cummings, Esq. <br> Vincent Aiello, Esq. |
| *Attorneys for Plaintiffs Heather Atwell as Administrator of the Estate of David Atwell; and Resort Properties of America, Inc.* | *Attorneys for Defendants Central Florida Investments, Inc. and Westgate Las Vegas Resorts, LLC* |

**O R D E R**

IT IS SO ORDERED.

_____
**JUDGE RICHARD F. BOULWARE, II**

**DATED:** October 28, 2019.
**CASE NO. 2:15-cv-02122-RFB-PAL**